|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA | |
| RICHARD G TURAY,<br><br>                    Plaintiff,<br><br>          v.<br><br>MARK STRONG, DIXON, LESLIE SZIEBERT.<br><br>                    Defendants. | CASE NO. C14-5448 RBL-JRC<br><br>ORDER TO PROVIDE INFORMATION |

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and Magistrate Judge Rules MJR3 and MJR4.

Plaintiff asks the Court to grant him in forma pauperis status (Dkt. 1). Plaintiff did not completely fill out the form. Plaintiff left question 2(f) blank. This question asks about income from other sources. He did not inform the Court of the amount of money that he has received from gifts and inheritances. Plaintiff must provide the Court with information on all income including any income that he has obtained from settlement of cases and the amount of income he has obtained from gifts or inheritances. In addition, the Court requires that plaintiff submit an

accounting statement from the Special Commitment Center showing the amount of funds available to him.

The Court recognizes that plaintiff is not an inmate and the Prison Litigation Reform Act does not apply to him. *Page v. Torrey*, 201 F. 3d 1136, 1139 (2000). The Court still has wide discretion in granting or denying in forma pauperis status. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963). The right to proceed in forma pauperis is not absolute and denial of in forma pauperis status is reviewed for abuse of discretion. *Denardo v. Collum*, 48 F.3d 1227 (9th Cir. 1995). The Court needs a clearer picture of plaintiff's financial situation before considering his motion.

Plaintiff is directed to provide the information requested above on or before July 25, 2014. If plaintiff has not provided the information by that date the Court will issue a Report and Recommendation that in forma pauperis status be denied and the action dismissed if the full filing fee of $400 is not paid.

Dated this 11th day of June, 2014.

J. Richard Creatura
United States Magistrate Judge

ORDER TO PROVIDE INFORMATION - 2