UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD G TURAY,

                Plaintiff,

    v.

MARK STRONG, DIXON, LESLIE SZIEBERT,

               Defendants.

CASE NO. C14-5448 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The Court denies plaintiff's application to proceed in forma pauperis. Plaintiff has thirty days from entry of this order to pay the full four hundred dollar filing fee. If plaintiff fails to pay the full fee the Court dismisses this action without prejudice.

DATED this 11th day of August, 2014.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1