HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD G TURAY,<br><br>        Plaintiff,<br><br>   v.<br><br>MARK STRONG,<br><br>        Defendant. | CASE NO. C14-5448 RBL<br><br>ORDER DENYING MOTION FOR RECONSIDERATION<br><br>[DKT. #9] |

THIS MATTER is before the Court on Plaintiff Turay's Motion for Reconsideration of the Court's denial of his application to proceed in forma pauperis [Dkt. # 8]   The Magistrate Judge's Report and Recommendation accurately and clearly explained the deficiencies in Turay's IFP application:

> The Court will not grant in forma pauperis without full disclosure of a person's ability to pay.
>
> The district court may permit indigent litigants to proceed in forma pauperis upon completion of a proper affidavit of indigence. *See* 28 U.S.C. § 1915(a). However, the court has broad discretion in denying an application to proceed in forma pauperis. *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963), *cert. denied*, 375 U.S. 845 (1963). Plaintiff has not filed a proper affidavit of indigence. Plaintiff did not completely fill out the form and he has not provided the Court with all the information the Court required. The undersigned recommends denial of plaintiff's

1  application to proceed in forma pauperis. Plaintiff should be given thirty days to pay the full filing fee of four hundred dollars.

2  [Dkt. #6 at 2]

3

4  Turay's current Motion reiterates his claim that he cannot afford the filing fee, but it does not address, much less remedy, the deficiencies outlined above.

5

6  The Motion for Reconsideration [Dkt. #9] is therefore DENIED, and if the Plaintiff does not pay the filing fee by Friday, September 12, 23014, the case will be dismissed without prejudice.

7

8  IT IS SO ORDERED.

9  Dated this 29th day of August, 2014.

10

11  _____

12  RONALD B. LEIGHTON
    UNITED STATES DISTRICT JUDGE

[DKT. #9] - 2